SCWC-11-0000064

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

PHILLIP DEJESUS DELEON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000064; CR. NO. 09-1-1237)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Phillip DeJesus DeLeon's application for writ of certiorari filed on April 15, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that each of the parties shall file a supplemental brief by June 25, 2013, not to exceed five

pages in length, addressing the degree of certainty required for admission of scientific expert testimony in criminal cases.

DATED: Honolulu, Hawaiʻi, May 22, 2013.

Phyllis J. Hironaka
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

